**Thomas Lamar BEAN, Petitioner–Appellee,**

v.

**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS; United States of America, Respondents–Appellants.**

No. 00–40304.

United States Court of Appeals,
Fifth Circuit.

. Feb. 19, 2003.

Larry Charles Hunter (argued), Law Offices of Larry C. Hunter, Vidor, TX, for Petitioner–Appellee.

Thomas Mark Bondy (argued), Mark Bernard Stern, U.S. Dept. of Justice, Civ. Div.–App. Staff, Washington, DC, for Respondents–Appellants.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before DeMOSS and STEWART, Circuit Judges.[1]

PER CURIAM:

On Writ of Certiorari to the United States Court of Appeals for the Fifth Circuit, the United States Supreme Court by an Opinion entered December 10, 2002, in — U.S. ——, 123 S.Ct. 584, 154 L.Ed.2d 483, held that the federal district court did not have authority under 18 U.S.C. § 925(c) to grant any relief in favor of Respondent, Bean; and therefore re-

versed the decision of this Court which had affirmed the action of the district court. Accordingly, we vacate the prior decision of this Court (253 F.3d 234) and remand this appeal to the district court for entry of an order dismissing Bean's claims for lack of jurisdiction.